UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LABORERS' LOCAL 265 PENSION FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | No. 3:13-cv-00046 |
| v. | ) ) ) | Judge Trauger Magistrate Judge Knowles |
| iSHARES TRUST, *et al.*, | ) ) | |
| Defendants. | ) | |

**INDIVIDUAL DIRECTOR-DEFENDANTS'**
**MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS**

Defendants, Robert H. Silver, George G. C. Parker, John E. Martinez, Cecilia H. Herbert, Charles A. Hurty, John E. Kerrigan, and Madhav V. Rajan (the "Independent Director-Defendants"), respectfully submit this memorandum of law in support of their motion to dismiss the Complaint pursuant to Rules 12(b)(6) and 23.1 of the Federal Rules of Civil Procedure.

The seven Independent Director-Defendants are non-interested trustees of iShares Trust and directors of iShares, Inc. within the meaning of the Investment Company Act of 1940. They rely upon and incorporate herein by reference the arguments set forth in the supporting memorandum previously filed by all remaining defendants. The arguments set forth therein are equally applicable to the Independent Director-Defendants and, thus, the Independent Director-Defendants respectfully request that the claims against them be dismissed for the same reasons.

1

## Conclusion

For the foregoing reasons, the Motion to Dismiss of the Independent Director-Defendants should be granted.

Respectfully submitted,

/s/ J. Mark Tipps
J. Mark Tipps
John C. Hayworth
Emily B. Warth
WALKER TIPPS & MALONE PLC
2300 One Nashville Place
150 Fourth Avenue, North
Nashville, Tennessee 37219-2415

Bruce H. Schneider, Esq.
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038

*Attorneys for Robert H. Silver, George G. C. Parker, John E. Martinez, Cecilia H. Herbert, Charles A. Hurty, John E. Kerrigan, and Madhav V. Rajan*

**CERTIFICATE OF SERVICE**

  I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other parties by U. S. Mail, first-class postage prepaid, this 12th day of March, 2013, on the following:

| | |
|---|---|
| James G. Stranch, III, Esq.<br>Michael G. Stewart, Esq.<br>J. Gerard Stranch, IV, Esq.<br>Karla M. Campbell, Esq.<br>BRANSTETTER, STRANCH & JENNINGS, PLLC<br>227 Second Avenue, North<br>Nashville, Tennessee 37201 | C. Mark Pickrell, Esq.<br>William G. Brown, Esq.<br>Andrew E. Hill, Esq.<br>The Pickrell Law Group, P.C.<br>Suite 200<br>5701 Old Harding Pike<br>Nashville, Tennessee 37205 |
| Steven A. Riley, Esq.<br>John R. Jacobson, Esq.<br>Milton S. McGee, III, Esq.<br>RILEY, WARNOCK & JACOBSON<br>1906 West End Avenue<br>Nashville, Tennessee 37203 | Seth M. Schwartz, Esq.<br>Jeremy Berman, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square<br>New York, New York 10036-6522 |

                /s/ J. Mark Tipps