UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LABORERS' LOCAL 265 PENSION FUND and PLUMBERS AND PIPEFITTERS LOCAL NO. 572 PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> iSHARES TRUST; iSHARES, INC.; iSHARES RUSSELL MIDCAP INDEX FUND; iSHARES MSCI EAFE INDEX FUND; iSHARES MSCI EMERGING MARKETS INDEX FUND; iSHARES RUSSELL 2000 GROWTH INDEX FUND; iSHARES CORE S&P MID CAP INDEX FUND; iSHARES CORE S&P SMALLCAP INDEX FUND; iSHARES DOW JONES US REAL ESTATE INDEX FUND; BLACKROCK FUND ADVISORS; BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A., ROBERT S. KAPITO; MICHAEL LATHAM; ROBERT H. SILVER; GEORGE G.C. PARKER; JOHN E. MARTINEZ; CECILIA H. HERBERT; CHARLES A. HURTY; JOHN E. KERRIGAN; and MADHAV V. RAJAN, <br><br> Defendants. | Case No. 3:13-cv-00046 <br><br> Judge Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, the court hereby finds as follows:

- The defendants' Motions to Dismiss (Docket Nos. 21 and 24) are **GRANTED**.

1

- The plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that the plaintiffs shall be granted leave to file an Amended Complaint by September 17, 2013.

It is so **ORDERED**.

Enter this 28th day of August 2013.

_____
ALETA A. TRAUGER
United States District Judge

2