UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Motion GRANTED.

LABORERS' LOCAL 265 PENSION FUND )
and PLUMBERS AND PIPEFITTERS )
LOCAL NO. 572 PENSION FUND, )
                                           )
       Plaintiffs, )         No. 3:13-cv-00046
                                           )
v. )         Judge Trauger
                                           )         Magistrate Judge Knowles
iSHARES TRUST, et al., )
                                           )
       Defendants. )

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiffs, Laborers' Local 265 Pension Fund and Plumbers and Pipefitters Local No. 572 Pension Fund ("Plaintiffs"), hereby move for a 30-day extension of their deadline to file a motion to amend.

On August 28, 2013, the Court dismissed Plaintiffs' claims without prejudice. Memorandum at 19 (Dkt. No. 48). It gave Plaintiffs until September 17, 2013, to move for leave to amend or "to otherwise move for an extension of this deadline upon a showing of good cause." *Id.*

The Court has good cause to extend the deadline. This case originally asserted several claims under the Investment Company Act of 1940 ("ICA"). Defendants have made arguments concerning the interplay between different sections of the ICA, private rights of action, and demand futility. Some of these are issues of first impression in the Sixth Circuit or even nationally. The Court's decision reached some, but not all, of Defendants' arguments.

Plaintiffs' counsel are diligently reviewing their options: moving to amend, taking an appeal, or allowing the decision to stand. They continue to research the ICA, as well as other

1