IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LABORERS' LOCAL 265 PENSION FUND and PLUMBERS AND PIPEFITTERS LOCAL NO. 572 PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> iSHARES TRUST, et al., <br><br> Defendants. | Civil No. 3:13-cv-00046 <br> Judge Trauger <br> Magistrate Judge Knowles |

**DEFENDANTS' MOTION TO DISMISS CASE WITH PREJUDICE**

Defendants iShares Trust, iShares, Inc., the ETF Defendants,[1] Blackrock Fund Advisors, Blackrock Institutional Trust Company, N.A., Robert S. Kapito and Michael Latham respectfully move the Court for entry of final judgment dismissing this case with prejudice. Defendants Robert H. Silver, George G.C. Parker, John E. Martinez, Cecilia H. Herbert, Charles A. Hurty, John E. Kerrigan and Madhav V. Rajan also join in this motion.

By Memorandum and accompanying Order, both dated August 28, 2013, this Court (i) granted Defendants' Motion to Dismiss the Complaint, (ii) dismissed Plaintiffs' claims without prejudice; (iii) permitted Plaintiffs to file a motion for leave to amend the Complaint by September 17, 2013 or to otherwise move for an extension of the September 17 deadline upon a showing of good cause; and (iv) stated that the Court would enter a final judgment dismissing

---

[1] The ETF Defendants are iShares Russell Midcap Index Fund, iShares MSCI EAFE Index Fund, iShares MSCI Emerging Markets Index Fund, iShares Russell 2000 Growth Index Fund, iShares Russell 2000 Value Index Fund, iShares Core S&P Mid Cap Index Fund, iShares Core S&P Small-Cap Index Fund and iShares Dow Jones US Real Estate Index Fund.

1

Plaintiffs' claims with prejudice unless they filed a motion for leave to amend by the deadline or timely sought an extension of the deadline. (Doc. Nos. 48 and 49.) Plaintiffs thereafter requested, and the Court granted, an extension of time until October 17, 2013 to file a motion for leave to amend the Complaint. (Doc. Nos. 50 and 51.) Plaintiffs, however, did not file that motion by October 17. Given the Court's Memorandum and Order granting Defendants' Motion to Dismiss the Complaint and Plaintiffs' failure to seek leave to amend the Complaint within the time ordered by the Court, all Defendants respectfully move the Court to enter a final judgment dismissing this case with prejudice.

Respectfully submitted,

s/ John R. Jacobson
Steven A. Riley (BPR #6258)
John R. Jacobson (BPR #14365)
Milton S. McGee, III (BPR #24150)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 Facsimile
sriley@rwjplc.com
jjacobson@rwjplc.com
tmcgee@rwjplc.com

s/Seth M. Schwartz w/permission
Seth M. Schwartz (admitted pro hac)
Jeremy A. Berman (admitted pro hac)
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522
(212) 735-3000
(212) 735-2000 Facsimile
Seth.Schwartz@skadden.com
Jeremy.Berman@skadden.com

*Attorneys for Defendants iShares Trust; iShares, Inc., iShares Russell Midcap Index Fund; iShares MSCI EAFE Index Fund; iShares MSCI Emerging Markets Index Fund; iShares Russell 2000 Growth Index Fund; iShares Russell 2000 Value Index Fund; iShares Core S&P Mid Cap Index Fund; iShares Core S&P Small-Cap Index Fund; iShares Dow Jones US Real Estate Index Fund; Blackrock Fund Advisors; Blackrock Institutional Trust Company, N.A.; Robert S. Kapito; and Michael Latham*

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served via the Court's ECF system on this 22nd day of October, 2013, upon:

James Gerard Stranch, III
J. Gerard Stranch IV
Michael G. Stewart
Karla M. Campbell
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North
Nashville, TN 37201
jstranch@branstetterlaw.com
gstranch@branstetterlaw.com
mstewart@branstetterlaw.com
kcampbell@branstetterlaw.com

C. Mark Pickrell
William G. Brown
Andrew E. Hill
The Pickrell Law Group, P.C.
5701 Old Harding Pike
Suite 200
Nashville, TN 37205
mark.pickrell@pickrell-law.net
will.brown@pickrell-law.net
drew.hill@pickrell-law.net

Jeremy Berman
Seth M. Schwartz
Skadden, Arps, Slate,
   Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522
jeremy.berman@skadden.com
seth.schwartz@skadden.com

John M. Tipps
John C. Hayworth
Emily B. Warth
Walker, Tipps & Malone
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219-2415
mtipps@walkertipps.com
jhayworth@walkertipps.com
ewarth@walkertipps.com

Bruce H. Schneider
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982
bschneider@stroock.com

Brian J. Robbins
Craig W. Smith
Jenny L. Dixon
Robbins Arroyo LLP
600 B. Street, Suite 1900
San Diego, CA 92101
Tel: (619) 525-3990
brobbins@robbinsarroyo.com
csmith@robbinsarroyo.com
jdixon@robbinsarroyo.com

                                          s/John R. Jacobson