IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LABORERS' LOCAL 256 PENSION FUND, and PLUMBERS AND PIPEFITTERS LOCAL NO. 572 PENSION FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:13-0046 Judge Trauger |
| v. | ) ) | |
| iSHARES TRUST, *et al.*, | ) ) | |
| Defendants. | ) | |

**O R D E R**

Pursuant to the Memorandum (Docket No. 48) and Order (Docket No. 49) entered August 28, 2013, the Motion to Dismiss Case With Prejudice filed by the defendants (Docket No. 52) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

ENTER this 24th day of October 2013.

_____
ALETA A. TRAUGER
U.S. District Judge